

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-085-CV

IN THE INTEREST OF J.M.M., A MINOR CHILD

----------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Withdraw Notice Of Appeal."

It is the court's opinion that the motion should be granted; therefore, we

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  June 26, 2008

---

[1] *See* TEX. R. APP. P. 47.4.